# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:13–cv–02104–SPL

| | |
|---|---|
| Pipeline Technologies Incorporated v. Telog Instruments Incorporated et al | Date Filed: 10/16/2013 |
| | Jury Demand: Both |
| Assigned to: Judge Steven P Logan | Nature of Suit: 830 Property Rights: Patent |
| Cause: 28:1338 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Pipeline Technologies Incorporated**　　represented by　**Blake H Frye**
*doing business as*　　　　　　　　　　　　　　　　　　　Hill Kertscher &Wharton LLP
Pipetech International　　　　　　　　　　　　　　　　　3350 Riverwood Pkwy., Ste. 800
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30339
　　　　　　　　　　　　　　　　　　　　　　　　　　　　770–953–0995
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 770–953–1358
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: bhf@hkw–law.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Jennifer Calvert**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hill Kertscher &Wharton LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　3350 Riverwood Pkwy., Ste. 800
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30339
　　　　　　　　　　　　　　　　　　　　　　　　　　　　770–953–0995
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 770–953–1358
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jc@hkw–law.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Julie H Burke**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hill Kertscher &Wharton LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　3350 Riverwood Pkwy., Ste. 800
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30339
　　　　　　　　　　　　　　　　　　　　　　　　　　　　770–953–0995
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 770–953–1358
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jb@hkw–law.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Melissa Anne Emmel**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Conant &Associates PLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　2398 E Camelback Rd
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ste 925
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phoenix, AZ 85016
　　　　　　　　　　　　　　　　　　　　　　　　　　　　602–508–9010
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 602–508–9015
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: melissaemmel@conantlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Paul Allen Conant**

Conant &Associates PLC
2398 E Camelback Rd
Ste 925
Phoenix, AZ 85016–9002
602−508−9010
Fax: 602−508−9015
Email: knaughton@conantlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Telog Instruments Incorporated**             represented by **Marvin A Glazer**
*TERMINATED: 10/15/2014*                                      Cahill &Glazer PLC
                                                              2141 E Highland Ave., Ste. 155
                                                              Phoenix, AZ 85016–4737
                                                              602−956−7000
                                                              Fax: 602−495−9475
                                                              Email: mglazer@cvglaw.com
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Robert Emmet Purcell**
                                                              Law Office of Robert E Purcell PLLC
                                                              211 W Jefferson St., Ste. 24
                                                              Syracuse, NY 13202
                                                              315−671−0710
                                                              Fax: 315−671−0711
                                                              Email: rpurcell@repurcelllaw.com
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Robert Stephen Rosenholm**
                                                              Kenneth J LuKacher Law Group
                                                              3136 Winto Rd. S, Ste. 301
                                                              Rochester, NY 14623
                                                              585−424−2670
                                                              Fax: 585−424−6196
                                                              Email: srosenholm@lukacherlawgroup.com
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Applied Products Group LLC**                 represented by **Marvin A Glazer**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Robert Emmet Purcell**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Robert Stephen Rosenholm**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Telog Instruments Incorporated**<br>*TERMINATED: 10/15/2014* | represented by | **Marvin A Glazer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Emmet Purcell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Stephen Rosenholm**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Pipeline Technologies Incorporated**<br>*TERMINATED: 10/15/2014* | represented by | **Blake H Frye**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jennifer Calvert**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Julie H Burke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Melissa Anne Emmel**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul Allen Conant**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2013 | Ï 1 | COMPLAINT. Filing fee received: $400.00, receipt number PHX 0970–9717845 filed by Pipeline Technologies Incorporated. (submitted by Paul Conant) (Attachments: # 1 Civil Cover Sheet)(REK) (Entered: 10/16/2013) |
| 10/16/2013 | Ï 2 | SUMMONS Submitted by Pipeline Technologies Incorporated. (submitted by Paul Conant) (Attachments: # 1 Summons)(REK) (Entered: 10/16/2013) |
| 10/16/2013 | Ï 3 | Filing fee paid, receipt number PHX 0970–9717845. This case has been assigned to the Honorable Paul G. Rosenblatt. All future pleadings or documents should bear the correct case |

| | | |
|---|---|---|
| | | number: CV–13–02104–PHX–PGR. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (REK) (Entered: 10/16/2013) |
| 10/16/2013 | Ï 4 | NOTICE TO PARTY RE CORPORATE DISCLOSURE STATEMENT: Pursuant to FRCiv 7.1 and LRCiv 7.1.1 the attached Corporate Disclosure Statement form must be filed by all nongovernmental corporate parties with their first appearance. A supplemental statement must be filed upon any change in the information. In addition, if not already filed, the Corporate Disclosure Statement should be filed within 14 days. Corporate Disclosure Statement Deadline set as to Pipeline Technologies Incorporated. (REK) (Entered: 10/16/2013) |
| 10/16/2013 | Ï 5 | Summons Issued as to Applied Products Group LLC, Telog Instruments Incorporated. (Attachments: # 1 Summons)(REK). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 10/16/2013) |
| 10/16/2013 | Ï 6 | MINUTE ORDER: Request for Copyright, Trademark, or Patent Information. This case has been designated as a copyright, trademark, or patent case. The Clerk's Office is required to provide information to the Patent and Trademark Office and/or Copyright Office regarding this case. Attached to this docket entry are the required form(s) that must be completed. Please complete the form that is applicable to your particular case. In some cases, you may need to complete both forms.Within seven (7) days, you must submit the required form(s) to the Clerk's Office. Please complete the form and file it with the Court using the specific event: Notice of Filing – Copyright, Trademark or Patent Information, found under the Other Filings header. Please DO NOT mail the form directly to the Patent or Copyright Office. The Clerk's Office will submit the form. If neither form is required for this case, please file a notice indicating the reason the form is not necessary and use the event listed above. This form must be updated if additional patents, copyrights, or trademarks are alleged in a responsive pleading. (REK) (Entered: 10/16/2013) |
| 10/22/2013 | Ï 7 | NOTICE of Filing – Copyright, Trademark or Patent Information filed by Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 10/22/2013) |
| 10/22/2013 | Ï 8 | Corporate Disclosure Statement by Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 10/22/2013) |
| 10/31/2013 | Ï 9 | ORDER: Scheduling Conference set for 3/10/2014 at 11:00 AM in Courtroom 601, 401 West Washington Street, Phoenix, AZ 85003 before Senior Judge Paul G Rosenblatt. See order for details. Signed by Senior Judge Paul G Rosenblatt on 10/31/2013. (LMR) (Entered: 10/31/2013) |
| 11/08/2013 | Ï 10 | NOTICE of Appearance by Marvin A Glazer on behalf of Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 11/08/2013) |
| 11/08/2013 | Ï 11 | NOTICE of Appearance by Marvin A Glazer on behalf of Applied Products Group LLC. (Glazer, Marvin) (Entered: 11/08/2013) |
| 11/08/2013 | Ï 12 | ANSWER to 1 Complaint with Jury Demand , COUNTERCLAIM against Pipeline Technologies Incorporated by Telog Instruments Incorporated.(Glazer, Marvin) (Entered: 11/08/2013) |
| 11/08/2013 | Ï 13 | ANSWER to 1 Complaint with Jury Demand by Applied Products Group LLC.(Glazer, Marvin) (Entered: 11/08/2013) |
| 11/08/2013 | Ï 14 | Corporate Disclosure Statement by Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 11/08/2013) |
| 11/08/2013 | Ï 15 | Corporate Disclosure Statement by Applied Products Group LLC. (Glazer, Marvin) (Entered: 11/08/2013) |

| | | |
|---|---|---|
| 11/10/2013 | Ï 16 | NOTICE of Service of Discovery filed by Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 11/10/2013) |
| 11/12/2013 | Ï 17 | MINUTE ORDER: Supplemental Request for Copyright, Trademark, or Patent Information. This case has been designated as a copyright, trademark, or patent case and an answer, amended complaint, or other pleading has been filed that may include additional trademarks, patents, or copyrights allegedly violated. Attached to this docket entry are the required form(s) that may need to be completed.If your recently filed pleading adds or changes information related to the original patents, trademarks, or copyright allegations, please complete the form that is applicable to your particular case. In some cases, you may need to complete both forms. Within seven (7) days, you must submit the required form(s) to the Clerk's Office. Please complete the form and file it with the Court using the specific event: *Notice of Filing – Copyright, Trademark or Patent Information*, found under the Other Filings header. Please DO NOT mail the form directly to the Patent or Copyright Office. The Clerk's Office will submit the form.If there are no changes to the copyright, trademark, or patent information previously submitted for this case, within seven (7) days please file a Notice indicating such using the specific event:*Notice of Filing – Copyright, Trademark or Patent Information*, found under the Other Filings header. (TLJ) (Entered: 11/12/2013) |
| 11/13/2013 | Ï 18 | NOTICE of Filing – Copyright, Trademark or Patent Information filed by Telog Instruments Incorporated. (Glazer, Marvin) Modified on 11/14/2013 (no updates necessary)(SJF). (Entered: 11/13/2013) |
| 11/18/2013 | Ï 19 | MOTION for Admission Pro Hac Vice as to attorney Robert E Purcell on behalf of Applied Products Group LLC, and Telog Instruments Incorporated. (BAS) (Entered: 11/18/2013) |
| 11/18/2013 | Ï | PRO HAC VICE FEE PAID. $ 50, receipt number PHX140134 as to Robert Emmet Purcell. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 11/18/2013) |
| 11/18/2013 | Ï 20 | ORDER pursuant to General Order 09−08 granting 19 Motion for Admission Pro Hac Vice. Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS)(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 11/18/2013) |
| 11/20/2013 | Ï 21 | SERVICE EXECUTED filed by Pipeline Technologies Incorporated: Affidavit of Service re Summons, Complaint upon Telog Instruments, Inc. on 11/1/2013. (Conant, Paul) (Entered: 11/20/2013) |
| 11/20/2013 | Ï 22 | SERVICE EXECUTED filed by Pipeline Technologies Incorporated: Affidavit of Service re Order Setting Scheduling Conference upon Telog Instruments, Inc. on 11/5/2013. (Conant, Paul) (Entered: 11/20/2013) |
| 11/21/2013 | Ï 23 | ANSWER to 12 Answer to Complaint, Counterclaim by Pipeline Technologies Incorporated.(Conant, Paul) (Entered: 11/21/2013) |
| 11/21/2013 | Ï 24 | NOTICE of Service of Discovery filed by Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 11/21/2013) |
| 11/22/2013 | Ï 25 | MOTION for Admission Pro Hac Vice as to attorney Jennifer Calvert on behalf of Pipeline Technologies Incorporated. (BAS) (Entered: 11/22/2013) |
| 11/22/2013 | Ï 26 | MOTION for Admission Pro Hac Vice as to attorney Julie H Burke on behalf of Pipeline Technologies Incorporated. (BAS) (Entered: 11/22/2013) |
| 11/22/2013 | Ï 27 | MOTION for Admission Pro Hac Vice as to attorney Blake H Frye on behalf of Pipeline |

| | | |
|---|---|---|
| | | Technologies Incorporated. (BAS) (Entered: 11/22/2013) |
| 11/22/2013 | Ï | PRO HAC VICE FEE PAID. $ 150, receipt number PHX140334 as to Blake H Frye, Julie H Burke, Jennifer Calvert. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 11/22/2013) |
| 11/22/2013 | Ï 28 | ORDER pursuant to General Order 09−08 granting 27 Motion for Admission Pro Hac Vice; granting 25 Motion for Admission Pro Hac Vice; granting 26 Motion for Admission Pro Hac Vice. Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS)(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 11/22/2013) |
| 12/08/2013 | Ï 29 | STIPULATION *For Entry of Confidentiality Order* by Telog Instruments Incorporated. (Attachments: # 1 Text of Proposed Order Proposed Confidentiality Order)(Glazer, Marvin) (Entered: 12/08/2013) |
| 12/10/2013 | Ï 30 | ORDER pursuant to 29 Stipulation, The Court enters the attached protective order pursuant to Federal Rule of Civil Procedure 26(c)(1). Signed by Senior Judge Paul G Rosenblatt on 12/10/2013. (See attached PDF for complete information)(ALS) (Entered: 12/10/2013) |
| 12/11/2013 | Ï 31 | NOTICE of Service of Discovery filed by Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 12/11/2013) |
| 12/24/2013 | Ï 32 | NOTICE of Service of Discovery filed by Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 12/24/2013) |
| 12/24/2013 | Ï 33 | NOTICE of Service of Discovery filed by Applied Products Group LLC. (Glazer, Marvin) (Entered: 12/24/2013) |
| 12/30/2013 | Ï 34 | NOTICE of Errata re 32 Notice of Service of Discovery by Defendant Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 12/30/2013) |
| 12/30/2013 | Ï 35 | *NOTICE of Errata re 33 Notice of Service of Discovery by Defendant Applied Products Group LLC. (Glazer, Marvin) *Modified to correct reference to related document on 12/30/2013 (ALS). (Entered: 12/30/2013) |
| 01/27/2014 | Ï 36 | MOTION for Admission Pro Hac Vice as to attorney Robert Stephen Rosenholm on behalf of Applied Products Group LLC, and Telog Instruments Incorporated. (BAS) (Entered: 01/27/2014) |
| 01/27/2014 | Ï | PRO HAC VICE FEE PAID. $ 50, receipt number PHX142351 as to Robert Stephen Rosenholm. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 01/27/2014) |
| 01/27/2014 | Ï 37 | ORDER pursuant to General Order 09−08 granting 36 Motion for Admission Pro Hac Vice. Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. Counsel is advised that they are limited to two (2) additional e−mail addresses in their District of Arizona User Account. (BAS) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 01/27/2014) |
| 02/12/2014 | Ï 38 | Consent MOTION allowing Defendants' lead counsel to attend Scheduling Conference telephonically re: 9 Order, Set/Reset Hearings by Telog Instruments Incorporated. (Attachments: # 1 Text of Proposed Order Order Permitting Defendants' Lead Counsel to Attend Scheduling Conference Telephonically)(Glazer, Marvin) (Entered: 02/12/2014) |
| 02/20/2014 | Ï 39 | |

| | | |
|---|---|---|
| | | REPORT of Rule 26(f) Planning Meeting by Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 02/20/2014) |
| 02/24/2014 | Ï 40 | ORDER granting 38 Motion for telephonic appearance. Lead counsel for Defendants may appear telephonically at the 3/10/2014 scheduling conference. See order for additional details. Signed by Senior Judge Paul G Rosenblatt on 2/24/2014.(LMR) (Entered: 02/24/2014) |
| 03/06/2014 | Ï 41 | NOTICE of Service of Discovery filed by Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 03/06/2014) |
| 03/10/2014 | Ï 42 | *NOTICE of Service of Discovery re: Defendant's Initial Disclosures by Applied Products Group LLC, Telog Instruments Incorporated . (Glazer, Marvin) *Modified to correct event type on 3/11/2014 (ALS). (Entered: 03/10/2014) |
| 03/10/2014 | Ï 43 | NOTICE of Service of Discovery filed by Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 03/10/2014) |
| 03/10/2014 | Ï 44 | MINUTE ENTRY for proceedings held before Senior Judge Paul G Rosenblatt: Scheduling Conference held on 3/10/2014. Discussion is held regarding case status. Separate scheduling order to issue setting deadlines and hearings. APPEARANCES: Blake Frye and Melissa Emmel for Plaintiff. Marvin Glazer, Robert Purcell (telephonically) and Robert Stephen Rosenholm (telephonically) for Defendants. (Court Reporter Candy Potter.) Hearing held 11:06 AM to 11:34 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR) (Entered: 03/10/2014) |
| 03/10/2014 | Ï 45 | SCHEDULING ORDER: Discovery due by 1/12/2015. Dispositive motions due by 4/20/2015. Final Pretrial Conference set for 6/22/2015 at 11:00 AM in Courtroom 601, 401 West Washington Street, Phoenix, AZ 85003 before Senior Judge Paul G Rosenblatt. Jury Trial set for 7/7/2015 at 09:00 AM before Senior Judge Paul G Rosenblatt. Markman Hearing set for 8/11/2014 at 09:00 AM in Courtroom 601, 401 West Washington Street, Phoenix, AZ 85003 before Senior Judge Paul G Rosenblatt. See order for additional deadlines and details. Signed by Senior Judge Paul G Rosenblatt on 3/10/2014. (LMR) (Entered: 03/10/2014) |
| 03/17/2014 | Ï 46 | NOTICE of Deposition of Will Worthington, filed by Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 03/17/2014) |
| 03/17/2014 | Ï 47 | NOTICE of Deposition of Loren Worthington, filed by Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 03/17/2014) |
| 03/17/2014 | Ï 48 | NOTICE of Deposition of Qameleon Technology, Inc., filed by Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 03/17/2014) |
| 03/27/2014 | Ï 49 | NOTICE of Service of Discovery filed by Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 03/27/2014) |
| 03/27/2014 | Ï 50 | NOTICE of Service of Discovery filed by Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 03/27/2014) |
| 04/18/2014 | Ï 51 | NOTICE of Deposition of Qameleon Technology, Inc., filed by Applied Products Group LLC, Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 04/18/2014) |
| 04/25/2014 | Ï 52 | First MOTION to Amend/Correct 13 Answer to Complaint, 12 Answer to Complaint, Counterclaim by Applied Products Group LLC, Telog Instruments Incorporated. (Attachments: # 1 Text of Proposed Order proposed Order for Leave to Amend Pleadings, # 2 Exhibit Exhibit A – Telog's proposed First Amended Answer and Counterclaims, # 3 Exhibit Exhibit B – APG's proposed First Amended Answer)(Glazer, Marvin) (Entered: 04/25/2014) |

| 04/25/2014 | Ï 53 | NOTICE re: of Service of Defendants' Proposed Terms and Claim Elements to be Construed by Applied Products Group LLC, Telog Instruments Incorporated re: 45 Scheduling Order . (Glazer, Marvin) (Entered: 04/25/2014) |
|---|---|---|
| 04/25/2014 | Ï 54 | NOTICE re: of Service of Proposed Terms and Claim Elements to be Construed by Pipeline Technologies Incorporated . (Conant, Paul) (Entered: 04/25/2014) |
| 04/28/2014 | Ï 55 | NOTICE of Service of Discovery filed by Applied Products Group LLC, Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 04/28/2014) |
| 04/28/2014 | Ï 56 | NOTICE of Service of Discovery filed by Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 04/28/2014) |
| 05/09/2014 | Ï 57 | NOTICE re: of Service of Plaintiff's Preliminary Claim Construction by Pipeline Technologies Incorporated . (Conant, Paul) (Entered: 05/09/2014) |
| 05/12/2014 | Ï 58 | RESPONSE in Opposition re: 52 First MOTION to Amend/Correct 13 Answer to Complaint, 12 Answer to Complaint, Counterclaim filed by Pipeline Technologies Incorporated. (Attachments: # 1 Exhibit Exhibits A−K)(Conant, Paul) (Entered: 05/12/2014) |
| 05/12/2014 | Ï 59 | NOTICE of Service of Discovery filed by Applied Products Group LLC, Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 05/12/2014) |
| 05/16/2014 | Ï 60 | NOTICE re: of Service of Plaintiff's Expert Report of E. Benjamin Wylie by Pipeline Technologies Incorporated . (Conant, Paul) (Entered: 05/16/2014) |
| 05/22/2014 | Ï 61 | *REPLY to Response to Motion re 52 MOTION to Amend/Correct 13 Answer to Complaint, 12 Answer to Complaint, Counterclaim by Defendant Telog Instruments Incorporated. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Purcell, Robert) *Modified event on 5/22/2014 (LFIG). (Entered: 05/22/2014) |
| 05/23/2014 | Ï 62 | NOTICE of Service of Discovery filed by Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 05/23/2014) |
| 06/02/2014 | Ï 63 | NOTICE of Service of Discovery filed by Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 06/02/2014) |
| 06/03/2014 | Ï 64 | ORDER granting 52 Defendants' Motion to Amend. Defendants are ordered to file and serve the amended pleadings on Plaintiff no later than June 20, 2014. Signed by Senior Judge Paul G Rosenblatt on 6/3/2014.(ALS) (Entered: 06/03/2014) |
| 06/04/2014 | Ï 65 | MOTION for Leave to File Excess Pages for Regarding Plaintiff's Claim Construction Brief by Pipeline Technologies Incorporated. (Attachments: # 1 Text of Proposed Order)(Conant, Paul) (Entered: 06/04/2014) |
| 06/05/2014 | Ï 66 | MOTION for Extension of Time to Amend the Scheduling Order and Permission to Exceed the Page Limit for Claim Construction Brief by Pipeline Technologies Incorporated. (Attachments: # 1 Text of Proposed Order)(Conant, Paul) (Entered: 06/05/2014) |
| 06/05/2014 | Ï 67 | ORDER granting 66 Motion to Amend Scheduling Order and for Permission to Exceed Page Limit; denying 65 Motion for Permission to Exceed Page Limit: The deadline for the parties to file a joint claim construction and prehearing statement and to file their respective claim construction briefs is extended to 6/13/2014. The parties' page limitation for their claim construction briefs is extended to 25 pages. See order for additional details. Signed by Senior Judge Paul G Rosenblatt on 6/5/2014.(LMR) (Entered: 06/05/2014) |
| 06/06/2014 | Ï 68 | *First Amended ANSWER to 1 Complaint with Jury Demand by Applied Products Group LLC.(Glazer, Marvin) *Modified to correct event type on 6/9/2014 (ALS). (Entered: |

| | | |
|---|---|---|
| | | 06/06/2014) |
| 06/06/2014 | Ï 69 | *First Amended* ANSWER to 1 Complaint with Jury Demand , COUNTERCLAIM *(First Amended)* against Pipeline Technologies Incorporated by Telog Instruments Incorporated.(Glazer, Marvin) *Modified to correct event type on 6/9/2014 (ALS). (Entered: 06/06/2014) |
| 06/09/2014 | Ï 70 | MINUTE ORDER: Supplemental Request for Copyright, Trademark, or Patent Information. This case has been designated as a copyright, trademark, or patent case. An answer, amended complaint, or other pleading 68 and 69 has been filed that may include additional trademarks, patents, or copyrights allegedly violated that were not previously included. Attached to this docket entry are the required form(s) that may need to be completed by the party who filed the above document.If your recently filed pleading adds or changes information related to the original patents, trademarks, or copyright allegations, please complete the form that is applicable to this particular case. In some cases, you may need to complete both forms. Within seven (7) days, you must submit the required form(s) to the Clerk's Office. Please complete the form and file it with the Court using the specific event: *Notice of Filing – Copyright, Trademark or Patent Information*, found under the Other Filings header. Please DO NOT mail the form directly to the Patent or Copyright Office. The Clerk's Office will submit the form.If there are no changes to the copyright, trademark, or patent information previously submitted for this case, then the party who filed the above document must file a Notice, within seven (7) days, indicating such using the specific event:*Notice of Filing – Copyright, Trademark or Patent Information*, found under the Other Filings header (ALS) (Entered: 06/09/2014) |
| 06/10/2014 | Ï 71 | ORDER OF RECUSAL: The Honorable Paul G. Rosenblatt recuses himself from this action and this action is reassigned by automated random selection to the Honorable Steven P. Logan for all further proceedings; All future documents filed and/or served in this action shall be captioned with case number CV 13–02104 PHX SPL; the Markman hearing currently set August 11, 2014 at 9:00 a.m., is vacated, to be reset before the new Judge, if needed. Signed by Senior Judge Paul G Rosenblatt on 6/10/2014. (ALS) (Entered: 06/10/2014) |
| 06/13/2014 | Ï 72 | *Statement re: Joint Claim Construction and Prehearing Statement by Applied Products Group LLC, Telog Instruments Incorporated re: 45 Scheduling Order . (Purcell, Robert) *Modified to correct event type on 6/16/2014 (ALS). (Entered: 06/13/2014) |
| 06/13/2014 | Ï 73 | NOTICE of Deposition of E. Benjamin Wylie, filed by Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 06/13/2014) |
| 06/13/2014 | Ï 74 | *BRIEF – Defendants' Claim Construction Brief 45 Scheduling Order by Defendants Applied Products Group LLC, Telog Instruments Incorporated. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I)(Purcell, Robert) *Modified to correct event type; Document not in compliance with L.R. Civ 7.1(c); attorney notified on 6/16/2014 (ALS). (Entered: 06/13/2014) |
| 06/13/2014 | Ï 75 | BRIEF –*Plaintiff's Claim Construction Brief* by Plaintiff Pipeline Technologies Incorporated, Counter Defendants Pipeline Technologies Incorporated, Pipeline Technologies Incorporated. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C and D)(Conant, Paul) (Entered: 06/13/2014) |
| 06/13/2014 | Ï 76 | NOTICE of Filing – Copyright, Trademark or Patent Information filed by Applied Products Group LLC, Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 06/13/2014) |
| 06/20/2014 | Ï 77 | *Plaintiff's* ANSWER to 69 Answer to Complaint, Counterclaim by Pipeline Technologies Incorporated.(Conant, Paul) (Entered: 06/20/2014) |
| 06/23/2014 | Ï 78 | |

| | | |
|---|---|---|
| | | MINUTE ORDER: Supplemental Request for Copyright, Trademark, or Patent Information. This case has been designated as a copyright, trademark, or patent case. An answer, amended complaint, or other pleading 77 has been filed that may include additional trademarks, patents, or copyrights allegedly violated that were not previously included. Attached to this docket entry are the required form(s) that may need to be completed by the party who filed the above document.If your recently filed pleading adds or changes information related to the original patents, trademarks, or copyright allegations, please complete the form that is applicable to this particular case. In some cases, you may need to complete both forms. Within seven (7) days, you must submit the required form(s) to the Clerk's Office. Please complete the form and file it with the Court using the specific event: *Notice of Filing – Copyright, Trademark or Patent Information*, found under the Other Filings header. Please DO NOT mail the form directly to the Patent or Copyright Office. The Clerk's Office will submit the form.If there are no changes to the copyright, trademark, or patent information previously submitted for this case, then the party who filed the above document must file a Notice, within seven (7) days, indicating such using the specific event:*Notice of Filing – Copyright, Trademark or Patent Information*, found under the Other Filings header (ALS) (Entered: 06/23/2014) |
| 06/25/2014 | Ï 79 | NOTICE of Service of Discovery filed by Applied Products Group LLC. (Glazer, Marvin) (Entered: 06/25/2014) |
| 06/25/2014 | Ï 80 | NOTICE of Service of Discovery filed by Telog Instruments Incorporated. (Glazer, Marvin) (Entered: 06/25/2014) |
| 06/25/2014 | Ï 81 | NOTICE of Filing – Copyright, Trademark or Patent Information filed by Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 06/25/2014) |
| 06/25/2014 | Ï 82 | NOTICE of Service of Discovery filed by Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 06/25/2014) |
| 06/30/2014 | Ï 83 | MEMORANDUM Joint Claim Construction Chart by Plaintiff Pipeline Technologies Incorporated, Counter Defendants Pipeline Technologies Incorporated, Pipeline Technologies Incorporated. (Attachments: # 1 Exhibit A)(Conant, Paul) (Entered: 06/30/2014) |
| 07/11/2014 | Ï 84 | ORDER a Markman Hearing is set for September 30, 2014 at 9:00 a.m. before the Honorable Judge Steven P. Logan, United States District Judge, in Courtroom 501, Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, Arizona 85003. The parties shall jointly develop and file a Joint Prehearing Memorandum with the Clerk of Court no later than September 16, 2014. (See Order for details.) Signed by Judge Steven P Logan on 7/11/14. (Attachments: # 1 Attachment A, # 2 Attachment A−1, # 3 Attachment A−2, # 4 Attachment A−3)(CLB) (Entered: 07/11/2014) |
| 08/15/2014 | Ï 85 | MOTION for Summary Judgment *of Invalidity of the Asserted Claims of U.S. Patent No. 7,219,553 Based on Indefiniteness Under 35 U.S.C. Section 112 And Memorandum In Support Thereof* by Telog Instruments Incorporated. (Purcell, Robert) (Entered: 08/15/2014) |
| 08/15/2014 | Ï 86 | STATEMENT of Material Facts in Support of Motion For Summary Judgment re: 85 MOTION for Summary Judgment *of Invalidity of the Asserted Claims of U.S. Patent No. 7,219,553 Based on Indefiniteness Under 35 U.S.C. Section 112 And Memorandum In Support Thereof* by Defendant Telog Instruments Incorporated. (Purcell, Robert) (Entered: 08/15/2014) |
| 08/19/2014 | Ï 87 | ORDER denying without prejudice Defendants' 85 Motion for Summary Judgment. Signed by Judge Steven P. Logan on 8/19/14.(CLB) (Entered: 08/19/2014) |
| 08/25/2014 | Ï 88 | *NOTICE re: of Conflict Regarding Markman Hearing by Pipeline Technologies Incorporated (Conant, Paul) *Modified per chambers on 8/29/2014 (ALS). (Entered: 08/25/2014) |
| 08/25/2014 | Ï 89 | |

| | | |
|---|---|---|
| | | *NOTICE re: in Response to Plaintiff's Notice of Conflict by Applied Products Group LLC, Telog Instruments Incorporated re: 88 Notice (Other) (Glazer, Marvin) *Modified per chambers on 8/29/2014 (ALS). (Entered: 08/25/2014) |
| 08/29/2014 | Ï 90 | *MOTION *To Preclude Plaintiff's Activities Concerning Certain Claim Terminology Proposed For Construction and Memorandum In Support Thereof* by Telog Instruments Incorporated. (Attachments: # 1 Text of Proposed Order)(Purcell, Robert) *Document is not in compliance with LRCiv 7.1(c); attorney notified on 9/2/2014 (LSP). (Entered: 08/29/2014) |
| 08/29/2014 | Ï 91 | *MOTION *To Exclude Plaintiff's Expert Witness Report and To Exclude Plaintiff's Use of Expert Witness Testimony In Support of its Proposed Claim Constructions or in Criticism of Defendants' Proposed Claim Construction and Memorandum In Support Thereof* by Telog Instruments Incorporated. (Attachments: # 1 Text of Proposed Order)(Purcell, Robert) *Document is not in compliance with LRCiv 7.1(c); attorney notified on 9/2/2014 (LSP). (Entered: 08/29/2014) |
| 08/29/2014 | Ï 92 | DECLARATION of Robert E. Purcell In Support of Defendant Telog's Motion To Exclude Witness Report and to Exclude Plaintiff's Use of Expert Witness Testimony in Support of its Proposed Claim Constructions or in Criticism of Defendants' Proposed Claim Constructions re: 91 MOTION *To Exclude Plaintiff's Expert Witness Report and To Exclude Plaintiff's Use of Expert Witness Testimony In Support of its Proposed Claim Constructions or in Criticism of Defendants' Proposed Claim Construction and Memorand by Defendant Telog Instruments Incorporated.* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Purcell, Robert) (Entered: 08/29/2014) |
| 09/02/2014 | Ï 93 | MOTION to Continue the Markman Hearing *set for September 30, 2014 at 9:00 am* by Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 09/02/2014) |
| 09/02/2014 | Ï 94 | REPORT of Settlement Talks/Discussions by Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 09/02/2014) |
| 09/02/2014 | Ï 95 | ORDER denying without prejudice Plaintiff's 93 Motion to Continue. Signed by Judge Steven P. Logan on 9/2/14.(CLB) (Entered: 09/02/2014) |
| 09/03/2014 | Ï 96 | MOTION to Continue Markman Hearing *Set for September 30, 2014* by Pipeline Technologies Incorporated. (Attachments: # 1 Text of Proposed Order)(Conant, Paul) (Entered: 09/03/2014) |
| 09/04/2014 | Ï 97 | ORDER granting 96 Motion to Continue; Markman Hearing is reset to October 30, 2014, at 9:00 a.m. before the Honorable Steven P. Logan, Courtroom 501, 401 West Washington Street, Phoenix, Arizona 85003. Signed by Judge Steven P Logan on 9/4/2014. (See PDF for details)(ALS) (Entered: 09/04/2014) |
| 09/11/2014 | Ï 98 | ORDER that no later than September 24, 2014, the parties shall file a joint memorandum addressing the issues set forth in this Order. Signed by Judge Steven P. Logan on 9/11/14. (CLB) (Entered: 09/11/2014) |
| 09/15/2014 | Ï 99 | RESPONSE in Opposition re: 90 MOTION *To Preclude Plaintiff's Activities Concerning Certain Claim Terminology Proposed For Construction and Memorandum In Support Thereof* filed by Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 09/15/2014) |
| 09/15/2014 | Ï 100 | RESPONSE in Opposition re: 91 MOTION *To Exclude Plaintiff's Expert Witness Report and To Exclude Plaintiff's Use of Expert Witness Testimony In Support of its Proposed Claim Constructions or in Criticism of Defendants' Proposed Claim Construction and Memorand* filed by Pipeline Technologies Incorporated. (Attachments: # 1 Affidavit Frye Affidavit)(Conant, Paul) (Entered: 09/15/2014) |
| 09/24/2014 | Ï 101 | MEMORANDUM Joint Memorandum in Compliance with the Court's Order Dated September |

| | | |
|---|---|---|
| | | 11, 2014 by Plaintiff Pipeline Technologies Incorporated, Counter Defendants Pipeline Technologies Incorporated, Pipeline Technologies Incorporated. (Attachments: # 1 Exhibit)(Conant, Paul) (Entered: 09/24/2014) |
| 09/25/2014 | Ï 102 | *REPLY to Response to 91 Motion by Telog Instruments Incorporated *Reply to Plaintiffs response in opposition to Defendant Telog Instruments, Inc.s motion to exclude Plaintiffs expert witness report and to exclude Plaintiffs use of expert witness testimony in support of its proposed claim constructions or in criticism of Defendants proposed claim constructions and memorandum in support thereof*. (Purcell, Robert) *Modified to correct event type on 9/26/2014 (ALS). (Entered: 09/25/2014) |
| 09/25/2014 | Ï 103 | *REPLY to Response to 90 Motion by Applied Products Group LLC, Telog Instruments Incorporated *Reply To Response In Opposition To Defendants Motion To Preclude Plaintiffs Activities Concerning Certain Claim Terminology Proposed For Construction*. (Attachments: # 1 Exhibit Exhibit A)(Purcell, Robert) *Modified to correct event type on 9/26/2014 (ALS). (Entered: 09/25/2014) |
| 10/01/2014 | Ï 104 | RESPONSE re: 101 Memorandum *Plaintiff's Response to Defendants' False Statements in Joint Memorandum* by Plaintiff Pipeline Technologies Incorporated, Counter Defendants Pipeline Technologies Incorporated, Pipeline Technologies Incorporated. (Conant, Paul) (Entered: 10/01/2014) |
| 10/15/2014 | Ï 105 | ORDER that the claim against Defendant Applied Products Group, LLC is severed and stayed pending further order of the Court. Plaintiff and Defendant Applied Products Group, LLC shall file a report no later than November 15, 2014, addressing whether the action against Defendant Applied Products Group, LLC is suitable for referral for a settlement conference. The Clerk of Court shall transfer this action as to Defendant Telog Instruments Incorporated to the United States District Court for the Western District of New York. Plaintiff's 90 , 91 Motions to Preclude are denied without prejudice. The Hearing scheduled for October 30, 2014 is vacated. Signed by Judge Steven P Logan on 10/15/2014. (LFIG) (Entered: 10/15/2014) |